UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| SEAN PATRICK MAYO | CIVIL ACTION NO. 18-1040 |
| VERSUS | CHIEF JUDGE HICKS |
| C CROSS TRANSPORT INC., ET AL. | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

IT IS ORDERED that all claims by Sean Patrick Mayo against the defendants in this civil action are dismissed without prejudice for failure to prosecute. The claims asserted in intervention by Liberty Insurance Corp. remain pending.

THUS DONE AND SIGNED, in Shreveport, Louisiana, this 28th day of May, 2020.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT